UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 21 2008

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| STEVEN ZACK; VICKI CRUSE; KENNETH MOORE,　　Plaintiffs - Appellants,　v.　ALLIED WASTE INDUSTRIES, INC.; THOMAS H. VAN WEELDEN; PETER S. HATHAWAY; THOMAS W. RYAN; JAMES E. GRAY,　　Defendants - Appellees. | No.   06-15116　D.C. No.  CV-04-01640-PHX-MHM　　　　　CV-04-01805-PHX-MHM　　　　　CV-04-02058-PHX-MHM　District of Arizona, Phoenix　　**MANDATE** |

The judgment of this Court, entered 04/29/2008, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

By: Theresa Benitez
Deputy Clerk